**HOEFLER & STOECKLEIN COMPANY, Plaintiff-Appellee, v. MARTIN et, Defendants-Appellants.**

Ohio Appeals, Second District, Montgomery County.

No. 2050. Decided May 3, 1949.

Shaman, Winer & Shulman, Dayton, for plaintiff-appellee.
Estabrook, Finn & McKee, Dayton, for defendant-appellee.
Drewey H. Wysong, Dayton, for defendants-appellants.

**OPINION**

By THE COURT:

Submitted on motion of defendant-appellee, Fidelity Building Association, to dismiss the appeal on questions of law

and fact on the ground that an appeal bond was not filed within the time the notice of appeal is required to be filed as provided in §12223-6 GC.

The judgment from which an appeal was taken was filed with the clerk for journalization on February 23, 1949. The notice of appeal was filed March 11, 1949. The last day on which the notice of appeal and bond was required to be filed was March 15, 1949. Said bond was filed on March 23, 1949.

It appearing that the bond was not filed within the time the notice of appeal was required to be filed an appeal on questions of law and fact can not be maintained. Under §12223-22 GC, the appeal shall not be dismissed but shall stand as an appeal on questions of law.

The motion to dismiss the appeal on questions of law and fact will be sustained. The appeal shall stand for hearing as an appeal on questions of law. The appellants will be required to file their exceptions, assignments of error and briefs in conformity to the provisions of the Supplement to Rule VII.

Counsel will draw the proper entry.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.

### ON MOTIONS TO DISMISS APPEAL

No. 2050. Decided August, 13, 1949.

By THE COURT:

Submitted on motions of plaintiff-appellee and defendant-appellee to dismiss appeal on the ground that defendants-appellants failed to file a bill of exceptions, assignments of error and briefs within the time required by supplement to Rule VII.

On May 24, 1949 this Court dismissed the appeal on questions of law and fact and ordered the case retained for hearing on questions of law, and further ordered that defendants-appellants be required to file their bill of exceptions, assignments of error and briefs within the time prescribed by supplement to Rule VII.

The period of time prescribed in supplement to Rule VII having expired, and no bill of exceptions, assignments of error and briefs having been filed, the motion to dismiss the appeal will be sustained.

Counsel may prepare the proper entry.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.